UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CAROLYN SOUZA,

      Plaintiff,                                No. Civ S-12-1120 GGH

     v.

LAW OFFICES OF JOHN C. BONEWICZ, P.C.,

      Defendant.                          <u>ORDER TO SHOW CAUSE</u>

_____/

        By minute order of January 24, 2013, the parties were directed to file their dispositional documents by March 24, 2013. The parties have failed to comply with that order.

        Accordingly, IT IS HEREBY ORDERED that: The parties shall show cause within seven days of this order for their failure to file dispositional documents, and file said documents. Failure to comply with this order will result in sanctions. E.D. Local Rule 160(b).

DATED: April 9, 2013

                             <u>/s/ Gregory G. Hollows</u>
                        UNITED STATES MAGISTRATE JUDGE

GGH:076/souz1120.osc.wpd

1