UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Carolyn Souza,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Law Offices of John C. Bonewicz, P.C.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:12-cv-01120-GGH<br><br>**ORDER** |

Based on the Stipulation of counsel, the case is dismissed without prejudice, each party to bear its own attorney fees and costs.

Date: April 11, 2013                    /s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　Judge: Hon. Gregory G. Hollows

Souza1120.dis